UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia, Alexandria Division

| | | |
|---|---|---|
| In re: SIAMAK LOGHMANI, | : | |
| | : | CASE NO. 11 – 14389-SSM |
| Debtor. | : | |
| | | |
| SIAMAK LOGHMANI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | ADVERSARY PROCEEDING |
| v. | : | NO. 11.1502 |
| | : | |
| AURORA LOAN SERVICES LLC, AND | : | |
| DEUTSCHE BANK TRUST COMPANY | : | |
| AMERICAS, as TRUSTEE, | : | |
| | : | |
| Defendants. | : | |

**AGREED MOTION FOR EXTENSION OF DISCOVERY AND CONTINUANCE OF TRIAL**

Aurora Loan Services LLC ("Aurora"), Deutsche Bank Trust Company Americas, as Trustee ("Trustee") (collectively, "Defendants"), and Debtor Siamak Loghmani ("Loghmani"), by their attorneys, for their agreed motion to extend the close of discovery and continue the trial date pursuant to Federal Bankruptcy Rule 9006(b), state as follows:

1. Loghmani and Defendants are working diligently in an effort to resolve this matter amicably through settlement, and without the need for motions or a trial.

2. Prior to Defendants filing their appearance and answer, this Court entered an Initial Scheduling Order on September 9, 2011, setting a discovery schedule, and a pretrial conference for March 12, 2012. *See* September 9, 2011 Initial Scheduling Order.

3. At the March 12, 2012 pretrial conference, this Court set this matter for trial on May 11, 2012.

4. As the parties are engaged in settlement negotiations, they request the current trial

1

date be continued.

5. Moreover, the parties request that the discovery schedule be extended in order that the parties have sufficient time to make the required disclosures and conduct necessary discovery, should their settlement discussions be unsuccessful.

6. The parties submit this as an agreed motion.

WHEREFORE, Aurora, Trustee and Loghmani respectfully jointly request that the time allowed for the parties to complete disclosures and conduct discovery be extended, and the trial date that is currently set for May 11, 2012 be continued, and that this Court grant such further and additional relief as may be deemed just and appropriate.

| | |
|---|---|
| Date: March 20, 2012 | Respectfully submitted, |
| | |
| Stephen H. Sherman (VSB #81223)<br>MCGINNIS TESSITORE WUTSCHER LLP<br>1200 G Street, NW<br>Suite 800<br>Washington, D.C. 20005<br>Phone: (202) 255-2984<br>Fax: (866) 581-9302<br>ssherman@mtwllp.com | **AURORA LOAN SERVICES LLC**,<br>**and DEUTSCHE BANK TRUST**<br>**COMPANY AMERICAS, AS TRUSTEE**<br><br><br><br>By:  /s/ Stephen H. Sherman<br>     One of Their Attorneys |
| | |
| Alfred P. Boland (VSB #31037)<br>4000 Legato Road<br>Suite 1100<br>Fairfax, VA 22033<br>Phone: (703) 896-7678<br>Fax: (703) 896-7601<br>apboland@yahoo.com | **SIAMAK LOGHMANI**,<br><br><br><br>By:  /s/ Alfred P. Boland<br>     Counsel for Plaintiff/Debtor |

2

## CERTIFICATE OF SERVICE

   I hereby certify that a true copy of the foregoing **Motion** was mailed this 20th day of March, 2012, to:

| | |
|---|---|
| Alfred P. Boland<br>Counsel for Debtor<br>4000 Legato Road, Suite 1100<br>Fairfax, Virginia 22033 | Jack I. Frankel, Trial Attorney<br>U.S. Trustee's Office<br>Office of the United States Trustee<br>115 S. Union Street, Suite 210<br>Alexandria, VA 22314 |
| Marvin A. Jaffe<br>5310 Markel Road, Suite 200<br>Richmond, Virginia 23230 | |

       /s/  Stephen H. Sherman
       Stephen H. Sherman (VSB #81223)
       MCGINNIS TESSITORE WUTSCHER LLP
       1200 G Street, NW
       Suite 800
       Washington, D.C. 20005
       Phone: (202) 255-2984
       Fax:  (866) 581-9302
       ssherman@mtwllp.com